UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASKARAN SINGH,

        Petitioner,

  v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

        Respondent.

Case No. 2:25-cv-00504-RAJ-TLF

[PROPOSED] ORDER

    Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

1

(2) The Government's motion to dismiss as moot (Dkt. 6) is GRANTED, petitioner's habeas petition (Dkt. 4) is DISMISSED without prejudice as moot.

(3) The Clerk is directed to provide a copy of this order to petitioner, counsel for respondents and Judge Fricke.

Dated this 25th day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge